**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-7172**

_____

KHIDR ABDUL-KHABIR, a/k/a Quincy Davis,

                                    Plaintiff - Appellant,

        and

WILLIE CONNOR, III,

                                    Plaintiff,

        versus

ROY W. CHERRY, Superintendent; L. LATHAM,
Lieutenant; J. O'NEIL, Holds Disciplinary
Hearings Delivers Disciplinary Reports; E.
JONES; D. STERLING; E. TAYLOR; DAVID L.
SIMONS; K. LEE; LITTLEJOHN,

                                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (CA-01-500-2)

_____

Submitted: October 29, 2003          Decided: November 18, 2003

_____

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Khidr Abdul-Khabir, Appellant Pro Se.  Samuel Lawrence Dumville, NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Khidr Abdul-Khabir appeals a district court judgment granting summary judgment to the Defendants and dismissing his civil rights complaint.  The district court found that insofar as Abdul-Khabir sought monetary damages as a result of due process violations during two prison disciplinary hearings, the Defendants were entitled to qualified immunity. With regard to Abdul-Khabir's claim for injunctive relief, the court found that expungement of his prison records was not necessary.  We have reviewed the record and the district court orders and affirm on the reasoning of the district court.  See <u>Abdul-Khabir v. Cherry</u>, No. CA-01-500-2 (E.D. Va. July 18, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2